UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CONNELL,<br><br>    Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No.: 23-cv-1062-W-DDL<br><br>**ORDER RESETTING HEARING ON PLAINTIFF'S MOTION FOR REMAND TO STATE COURT [DOC. 6]** |

The hearing date of August 7, 2023 on Plaintiff's motion to remand [Doc. 6] is **VACATED**. The Court hereby resets the hearing to August 14, 2023. Per local rule, the motion will be decided on the papers and no oral argument will be held.

    **IT IS SO ORDERED.**

Dated: July 13, 2023

_____
Hon. Thomas J. Whelan
United States District Judge

1

23-cv-1062-W-DDL