JEFFREY L. HOGUE (SBN 234557)
jhogue@hoguebelonglaw.com
TYLER J. BELONG (SBN 234543)
tbelong@hoguebelonglaw.com
JULIE A. KEARNS (SBN 246949)
jkearns@hoguebelonglaw.com
ASHTON B. INNISS (295825)
ainniss@hoguebelonglaw.com
**HOGUE & BELONG**
170 Laurel Street
San Diego, CA 92101
Tel.:(619) 238-4720
Fax:(619) 238-5260

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CONNELL,<br><br>Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 3:23-CV-01062-W-DDL<br><br>Removed from San Diego Superior Court Case No. 37-2023-00018278-CU-WT-NC]<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR REMAND TO STATE COURT, COUNTY OF SAN DIEGO AND ORDER**<br><br>Hearing Date: August 14, 2023<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY COURT** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to the Court's Order on July 13, 2023 [Doc. 8], the hearing date of August 7, 2023, on Plaintiff's Motion for Remand [Doc. 6] was vacated. The Court reset the hearing to August 14, 2023. Pursuant to

Local Rule 7.1(d), the motion was scheduled for decision on the papers without oral argument. On or about July 24, 2023, Defendant filed its Opposition to Plaintiff's Motion to Remand. [Doc. 12].

Upon considering the Opposition papers, Plaintiff MARC CONNELL hereby withdraws without prejudice his NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT, COUNTY OF SAN DIEGO. [Doc. 9]. Accordingly, Plaintiff requests this Court make no substantive ruling on the papers and remove from its calendar the scheduled decision on Plaintiff's Motion for Remand, currently set for August 14, 2023.

DATED: August 7, 2023

                                        Respectfully submitted,

                                        **HOGUE & BELONG**

By:   *s/Tyler J. Belong*
       JEFFREY L. HOGUE
       TYLER J. BELONG
       JULIE A. KEARNS
       ASHTON B. INNISS
       Attorneys for Plaintiff
       MARC CONNELL

**ORDER**

Having read the above Notice of Withdrawal of Motion for Remand and good cause appearing, it is hereby ordered that Plaintiff's Motion for Remand is Withdrawn without prejudice.

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE