UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CONNELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-1062-W-DDL<br><br>**ORDER RESETTING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

On June 7, 2023, the undersigned set this matter for an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") on August 11, 2023. Dkt. No. 5. On July 14, 2023, given the pendency of Plaintiff's motion for remand, the undersigned vacated the ENE and CMC, to be reset after resolution of that motion. Dkt. No. 10. On August 7 and 8, respectively, Plaintiff withdrew, and the District Court terminated, Plaintiff's motion for remand. Dkt. Nos. 13, 14. Accordingly, the Court hereby **ORDERS** all parties, party representatives and lead counsel to appear for an ENE and CMC by videoconference on **September 7, 2023** at **9:00 a.m.** *All mandatory instructions and procedures remain as previously ordered* [Dkt. No. 5], except for the following:

/ / /

1

1. The parties must meet and confer pursuant to Federal Rule of Civil Procedure 26(f) by not later than **August 17, 2023**.

2. The parties must file a Joint Discovery Plan by not later than **August 24, 2023**.

3. Also by not later than **August 24, 2023**, each party must lodge a confidential ENE statement by email to the undersigned's chambers (efile_leshner@casd.uscourts.gov) and must also inform the Court of the name and title of all persons who will attend the ENE on for that party. The Court will send a videoconference link to all counsel who have appeared in the action; therefore, it is not necessary to provide an email address for each attendee.

4. The parties shall make the disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A-D) on or before **August 31, 2023**.

Questions regarding the ENE and CMC may be directed to the Magistrate Judge's law clerks at (619) 837-6526.

**IT IS SO ORDERED.**

Dated:  August 8, 2023

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge