# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC CONNELL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS CALIFORNIA, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 23-cv-01062-W-DDL<br><br>**ORDER TERMINATING CASE [DOC. 50]** |

　　　Plaintiff Marc Connell and Defendant Cox Communications California, LLC (collectively, the "Parties") have filed a "joint stipulation" dismissing this entire action with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).  ([Doc. 50], "Joint Stipulation".) *See* FED. R. CIV. P. 41(a)(1)(A)(ii) ("Plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal singed by all parties who have appeared.").

　　　Pursuant to the Parties' Joint Stipulation, the Court **ORDERS** the Clerk to terminate the Joint Stipulation [Doc. 50] and close the case file.  Each party shall bear its own fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  August 15, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　United States District Judge